83,820-01

# GROSS & ESPARZA, P.L.L.C.

106 SOUTH ST. MARY'S STREET, SUITE 260
SAN ANTONIO, TEXAS 78205
WWW.TXMILITARYLAW.COM
(210) 354-1919
FAX: (210) 354-1920

MICHAEL C. GROSS
BOARD CERTIFIED - CRIMINAL LAW
BOARD CERTIFIED - CRIMINAL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
BOARD CERTIFIED - CRIMINAL TRIAL ADVOCACY
NATIONAL BOARD OF TRIAL ADVOCACY

JOSEPH A. ESPARZA
BOARD CERTIFIED - CRIMINAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
BOARD CERTIFIED - CRIMINAL TRIAL ADVOCACY
NATIONAL BOARD OF TRIAL ADVOCACY

November 30, 2015

CMRRR # 7010 3090 0001 0234 7812
Marc Hamlin, District Clerk
300 E. 26th Street, Suite 1200
Bryan, Texas 77803

RE: Cause No. 06-1284-CRF-85-A, *State of Texas v. Willie Davis*, In the 85th Judicial District Court, Brazos County, Texas

Dear Mr. Hamlin:

Enclosed please find an original of the Sworn Declaration for filing in the above cause, as well as a copy to be returned to us in the self-addressed, stamped envelope. Thank you for your professional courtesy in this manner.

Sincerely,

Michael C. Gross

MCG/amq
enclosures

cc: Abel Acosta, Clerk
Texas Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 03 2015

Abel Acosta, Clerk

## SWORN DECLARATION

My name is: WILLIE DAVIS
TDCJ #01422283
Michael Unit
2664 FM 2054
Tennessee Colony TX 75886
Anderson County

I am above the age of 18 and competent to make this declaration.

On the 20th day of November, 2015, I was called to the mailroom to receive a package from my attorney, Michael Gross. Inside the package was a response from the 85th District Court of Brazos County, concerning their answer to my §11.07 petition, filed December 12, 2012.

To the best of my memory, I will answer each issue raised.

1. The affidavit of Brian Baker. The 22 pages he swore to be personally knowledgable of. This was presented in my sons trial in the 85th District Court of Brazos County in 2005.

CHAD R. DAVIS
TDCJ #01336883
Polunsky Unit
3872 FM 350 South
Livingston TX 77351
Polk County

On the very bottom of each page, it contains a name of Tanya L. Knapp, September 25, 2003. It is a phone call from Brazos County Sheriff's Department Deputy John Pollock, to Jason Bishop in which he admitted he only knew the Davis' about 4 months before September 25, 2003. This would be about May or June of 2003. On page 7, Pollock asks "are you telling the truth when you tell me you haven't seen them in 3 years?" Bishop answers, "Oh yeah, I swear I mean." So that would make the time frame back in the year 2000.

The above was Q & A in 2003 and presented to Dan Cogdell, Chad's attorney. The same was given to my attorney, Billie Carter, on January 11, 2007.

Saying in closing, this is true to the best of my knowledge and signed and notorized on the 11th day of November, 2015. Copies were given to Billie Carter.

I went to trial in February of 2007. Shortly before my trial started, lead

detective Kindell and Texas Ranger Malinack went to GA & talked to Bishop. We, attorney Carter and myself, have not received a copy of what was promised as for his testimony.

Again, to the above phone call to Bishop from Pollock, page 17, Pollock asks, "Okay, so basically you know is you have known the Davis' for or you knew them three years ago. You only knew them for a few months." Bishop's answer, "Right." Doing the math, this would have been in 2000.

So in Baker's sworn testimony, he gave this to Billie Carter on January 11, 2007.

He did not give us any type of agreement, conversation of when they, Kindell and Malinack, came to talk to him. So in my thinking, the above affidavit is untrue.

I, WILLIE DAVIS, swear under penalty of perjury, that the foregoing information is true and correct. Executed this 22nd day of November, 2015, Anderson County, TX.

WILLIE DAVIS
WILLIE DAVIS
TDCJ# 01422283
Michael Unit
2664 FM 2054
Tennessee Colony TX 75886